FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8237

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Francisco Javier GALLEGOS-Zazueta, | |
| Defendant | |

The undersigned complainant being duly sworn states:

That on or about March 14, 2008 within the Southern District of California, defendant Francisco Javier GALLEGOS-Zazueta, did knowingly and intentionally import approximately 934.72 kilograms (2062.98 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Enrique Borregrosa Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17TH DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Enrique Torregrosa, declare under penalty of perjury, the following is true and correct:

On March 14, 2008, at approximately 0100 hours a concerned citizen contacted Special Agent (SA) Torregrosa and advised him that a 1990 Ford Econoline Van with unknown plates was going to cross the Calexico East Port of entry carrying about 800 kilograms of marijuana shortly after the Port opens at 0300 hours.

On March 14, 2008, at approximately 0400 hours, Customs and Border Protection Officers (CBPO) spotted the 1990 Chevrolet Van, bearing California plate 2TAS364, containing several packages located in the back of the van. The driver was identified as Francisco Javier GALLEGOS and was taken to the vehicle secondary office for further proceedings. CBPO C. Martinez probed one of the packages and obtained a green leafy substance, which field-tested positive for marihuana. The van was completely packed with packages consistent with the earlier report that 800 kilograms of marihuana were going to be smuggled into the United States.

SA Torregrosa who was on scene was notified and contacted GALLEGOS. As SA Torregrosa was identifying himself to GALLEGOS, GALLEGOS' cell phone group talk radio rang. SA Torregrosa answered the radio in Spanish and stated "Que Onda", which means what's up, an unknown subject male subject I.D. as "PULGA" by the cell phones' caller I.D. answered in Spanish thinking he was talking

to GALLEGOS and asked, "Ya crusastes la garita," meaning if I had already crossed the port of entry, to which I replied "Simon", meaning yes. The subject replied back by saying "Okay llevatela a la Wal-Mart de El Centro, y alguin te va ha pedir las llaves, daselas y esperate en la Wal-Mart," meaning Okay take it to Wal-Mart in El Centro, and someone will ask you for the keys, give them the keys and wait at Wal-Mart.

On March 14, 2008, at approximately 0420 hours SA McDowell advised GALLEGOS of his Miranda Rights, which he acknowledged and waived agreeing to answer questions. GALLEGOS stated that a subject known to him as RICHARD threatened him and his family to cross the van. GALLEGOS knew it was Marihuana in the van.

Executed on March 15, 20087 @ 1420 hours.

Enrique Torregrosa, Special Agent
U. S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of 2 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 03/14//08 in violation of 21 U.S.C. §§ 952 & 960.

Lisa S. Porter
United States Magistrate Judge

3/15/08  10:00 p.m
Date/Time

TOTAL P.04