**FILED**
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08MJ8237 |
| Plaintiff, | |
| v. | **ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |
| FRANCISCO JAVIER GALLEGOS-ZAZUETA (1), MARIA TERESA LEON (2), SERGIO AISPURO-BADILLO (3), HOMERO ESQUIVEL-ANGEL (4), | |
| Defendants. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Complaint in Criminal Case No. 08MJ8237 is dismissed as to Defendants FRANCISCO JAVIER GALLEGOS-ZAZUETA (1), MARIA TERESA LEON (2), SERGIO AISPURO-BADILLO (3), and HOMERO ESQUIVEL-ANGEL (4), without prejudice.

**IT IF FURTHER ORDERED** that Defendants FRANCISCO JAVIER GALLEGOS-ZAZUETA (1), MARIA TERESA LEON (2), SERGIO AISPURO-BADILLO (3), and HOMERO ESQUIVEL-ANGEL (4), be released if in custody or that bond be exonerated if bond has been posted.

**SO ORDERED.**

DATED: __4-1-__, 2008.

_____
United States Magistrate Judge